# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALEM PREFERRED PARTNERS, LLC : <br> : <br> **Plaintiff** : <br> v. : <br> : <br> DIAMOND HEAVY VEHICLE SOLUTIONS,: <br> LLC and JOSEPH WHITMAN, SR. : <br> : <br> **Defendants** : | 1:12-CV-1202 <br> (JUDGE MARIANI) |

## ORDER

**AND NOW**, to wit, this **26TH DAY OF NOVEMBER, 2012,** upon consideration of Magistrate Judge Carlson's Report & Recommendation (Doc. 23) for clear error or manifest injustice, Defendants' Motion to Dismiss (Doc. 9), and all accompanying briefs and exhibits,

**IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 23) is **ADOPTED**.

2. Defendants' Motion to Dismiss (Doc. 9) is **DENIED**.

3. The parties' submissions evidence their willingness to engage in mediation as they agreed to in the Assembly Services Agreement. (Doc. 1, Ex. J). Therefore, **WITHIN FORTY-FIVE (45) DAYS** of the date of this Order, the parties are directed to mediate their dispute pursuant to paragraph 6 (entitled "Cooperation and Dispute Resolution") of the Assembly Services Agreement.

4. The case is **STAYED** pending completion of mediation efforts.

5. Notwithstanding any statement in the Report & Recommendation arguably to the contrary, the Court finds that the process in which the parties are directed to engage in paragraph 3 above is mediation and not arbitration.

                                              Robert D. Mariani
                                              United States District Judge